

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2015

No. 04-15-00287-CV

Cecil **ADAMS** and Maxine Adams,
Appellants

v.

**HARRIS COUNTY,** Rebecca Ross, Kathleen Keese and Christopher A. Prine, Clerk of the
Court,
Appellees

From the 269th District Court, Harris County, Texas
Trial Court No. 2014-35653
Judge 269th District Court, Judge Presiding

## O R D E R

The Appellee's Joint Motion for Extension of Time to File Response Brief is
GRANTED.  The appellee's brief is due on July 29, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 7th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court